UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MENOMINEE INDIAN TRIBE OF WISCONSIN,

    Plaintiff,

v.                                                                                   Case No. 18-C-108

U.S. ENVIRONMENTAL PROTECTION
AGENCY, SCOTT PRUITT, Administrator,
U.S. Environmental Protection Agency, U.S.
ARMY CORPS OF ENGINEERS, MARK T.
ESPER, Secretary, U.S. Army,

    Defendants,

and

AQUILA RESOURCES INC.,

    Intervenor.

**ORDER PERMITTING THE INTERVENTION OF AQUILA RESOURCES INC. AND FILING AQUILA'S MOTION TO DISMISS, AND ADOPT BRIEFING SCHEDULE**

Pursuant to the stipulation of Plaintiff Menominee Indian Tribe of Wisconsin ("Menominee Tribe"), Federal Defendants U.S. Army Corps of Engineers and U.S. Environmental Protection Agency ("Federal Defendants"), and Proposed Intervenor Aquila Resources, Inc. ("Aquila");

**IT IS HEREBY ORDERED** that Aquila shall be permitted to intervene as a defendant in this matter and that Aquila's Motion to Dismiss and Memorandum in Support shall be accepted as filed. The Clerk is directed to detach and efile the motion and supporting brief attached at ECF [14-1].

**IT IS FURTHER ORDERED** that the deadline for Plaintiff Menominee Tribe to file its Response to Aquila's Motion to Dismiss is May 11, 2018. Aquila's deadline to file a Reply is June 1, 2018.

Dated this   2nd   day of May, 2018.

                                                    s/ William C. Griesbach
                                                    William C. Griesbach, Chief Judge
                                                    United States District Court