UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MENOMINEE INDIAN TRIBE OF WISCONSIN,

    Plaintiff,

v.                                                                                                             Case No. 18-C-108

U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,

    Defendants,

and

AQUILA RESOURCES INC.,

    Intervenor.

## ORDER FOR ORAL ARGUMENT

The United States Environmental Protection Agency and the United States Army Corps of Engineers' (Federal Defendants) and Intervenor-Defendant Aquila Resources have filed motions to dismiss the Menominee Indian Tribe of Wisconsin's complaint requesting declaratory and injunctive relief. Having considered the briefs, the court concludes that oral argument would be of help. Accordingly, the clerk is directed to consult with the parties and schedule this matter for oral argument. The parties are to be prepared to address the issues raised in their briefs and any other questions that may arise from the case, including the ways in which Michigan's approval of a Section 404 permit may be challenged.

**SO ORDERED** this  8th  day of June, 2018.

                                                      s/ William C. Griesbach
                                                     William C. Griesbach, Chief Judge
                                                     United States District Court