# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

**MENOMINEE INDIAN TRIBE OF WISCONSIN,**
                  Plaintiff(s),

v.             **MOTION HEARING RE: U.S. Environmental Protection Agency, U.S. Army Corps of Engineers and Aquila Resources' [6] and [19] Motions to Dismiss**
Case No. 18-C-108

**U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,**
                  Defendant(s),

**AQUILA RESOURCES, INC.,**
                  Intervenor Defendant.

---

HONORABLE WILLIAM C. GRIESBACH presiding    Time Called: 1:31 p.m.
Proceeding Held: August 1, 2018    Time Concluded: 3:57 p.m.
Deputy Clerk: Cheryl    Tape: 080118

**Appearances:**

    **Plaintiff(s):**    Janette Brimmer, Lindzey A. Spice, Stephanie K. Tsosie, Douglas Cox-Menominee Tribal Chair

    **Defendant(s):**    Daniel R. Dertke and Michael Carter for U.S. Environmental Protection Agency
                      Daniel P. Ettinger, Ashley G. Chrysler, and Ronald R. Ragatz for Aquila Resources, Inc.

---

Mr. Ettinger provides current case status to the Court and the status of the case that is before the ALJ for the Michigan Department of Environmental Quality.

1:36 p.m. – Mr. Dertke presents argument in support of its motion. The court and Mr. Dertke discuss points of argument and authority.
1:53 p.m. – United States to submit authority within 7 days.
2:09 p.m. – Mr. Ettinger presents argument in support of its motion.
2:25 p.m. – Ms. Brimmer presents argument in opposition of the motions. The court and Ms. Brimmer discuss points of argument.
2:51 p.m. – Mr. Dertke responds and presents additional argument.
3:01 p.m. – The Court and Mr. Dertke discuss final agency action/decision.
3:10 p.m. – Mr. Ettinger responds and presents additional argument.
3:17 p.m. – Ms. Brimmer responds and presents additional argument.
3:20 p.m. – The court directs a supplemental brief be filed within 7 days. Response due 7 days thereafter.
The court takes the matter under advisement.
3:21 p.m. – Hearing concluded.