# United States District Court

EASTERN DISTRICT OF WISCONSIN

MENOMINEE INDIAN TRIBE OF WISCONSIN,

       Plaintiff,

**JUDGMENT IN A CIVIL CASE**

    v.                                    Case No. 18-C-108

U.S. ENVIRONMENTAL PROTECTION AGENCY and
UNITED STATES ARMY CORPS OF ENGINEERS

and

AQUILA RESOURCES, INC.,

       Defendants.

---

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☐   **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that the plaintiff takes nothing and the case is DISMISSED.

                      Approved:       s/ William C. Griesbach
                                                 William C. Griesbach, Chief Judge
                                                 United States District Court

Dated: December 19, 2018

                                                             STEPHEN C. DRIES
                                                             Clerk of Court

                                                             s/ Cheryl A. Veazie
                                                             (By) Deputy Clerk