UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| MENOMINEE INDIAN TRIBE OF WISCONSIN, ) | |
| ) | |
| Plaintiff, ) | No. 1:18-cv-00108 -WCG |
| ) | |
| v. ) | |
| ) | |
| U. S. ENVIRONMENTAL PROTECTION ) | **NOTICE OF APPEAL** |
| AGENCY, ANDREW WHEELER, Acting Interim ) | |
| Administrator, U. S. Environmental Protection ) | |
| Agency, U. S. ARMY CORPS OF ENGINEERS, ) | |
| MARK T. ESPER, Secretary, U.S. Army, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| AQUILA RESOURCES, INC., ) | |
| ) | |
| Intervenor-Defendant. ) | |
| _____ ) | |

Notice is hereby given that the Menominee Indian Tribe of Wisconsin, a federally-recognized Indian Tribe, plaintiff in the above-named case, *Menominee Indian Tribe of Wisconsin v. U.S. Environmental Protection Agency, et al.;* Case No. 1:18-cv-00108-WCG, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Order and Final Judgment, Decision and Order Denying Plaintiff's Motion to Amend and Granting Defendants' Motions to Dismiss, entered in this action on the 19th day of December, 2018.

Dated: January 17, 2019         Respectfully submitted,

 *s/ Janette Brimmer*
JANETTE K. BRIMMER (WSB #41271)
STEPHANIE K. TSOSIE (WSB #49840)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104-1711
Phone: (206)343-7340 | Fax: (206)343-1526
jbrimmer@earthjustice.org
stsosie@earthjustice.org

1

LINDZEY SPICE (WI #1056513)
Menominee Indian Tribe of Wisconsin
P.O. Box 910
W2908 Tribal Office Loop Road
Keshena, WI 54135
Phone: (715) 799-5194
lspice@mitw.org

*Attorneys for Plaintiff Menominee Indian Tribe of Wisconsin*

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2019, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system.

Participants in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

DATED: January 17, 2019

*/s/ Janette K. Brimmer*
Janette K. Brimmer